**Exhibit A to the Complaint**

**Location:** Waltham, MA

**Total Works Infringed:** 25

**IP Address:** 151.204.238.248

**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 16229A353D5504C57346B8DDA81AAE055D5AC7AE | 02/21/2026 22:25:09 | Vixen | 02/16/2026 | 02/20/2026 | PA0002568791 |
| 2 | 465441762D1CEAC0F63545790E0D687A21E4766F | 02/21/2026 22:21:36 | Blacked Raw | 02/15/2026 | 02/20/2026 | PA0002568764 |
| 3 | 51E349CDAA09C5F4EF91BC0A6B814E905A2658B7 | 02/21/2026 22:19:26 | Milfy | 02/18/2026 | 02/20/2026 | PA0002568781 |
| 4 | 226D30119BE562D287C3E3C9EDDF06DC80153764 | 02/14/2026 20:47:19 | Blacked | 02/12/2026 | 02/20/2026 | PA0002568763 |
| 5 | 9AB2633B3ED4737C6DCC83EBCF6C36BBE12D13CF | 02/14/2026 20:42:20 | Vixen | 02/11/2026 | 02/20/2026 | PA0002568790 |
| 6 | 547DBE4B152D1FFE369C231255AEBDF6CDDF3FBB | 02/14/2026 20:39:51 | Tushy | 02/08/2026 | 02/20/2026 | PA0002568784 |
| 7 | FAD76F8CFECAFE3B83942AF045BDDC0BE65BAC60 | 02/07/2026 21:57:28 | Blacked | 02/07/2026 | 02/20/2026 | PA0002568761 |
| 8 | E3B36D16DC78C4613F48799C0D0B5B85E1F1DBB0 | 02/07/2026 21:51:31 | Milfy | 02/04/2026 | 02/20/2026 | PA0002568768 |
| 9 | 26F683C7257CDA71C684438951F58A21782E1DBF | 02/07/2026 21:50:34 | Blacked Raw | 02/05/2026 | 02/20/2026 | PA0002568776 |
| 10 | 72A3704648B4E8B8271DD998A9F644B40CB64F06 | 02/07/2026 21:49:26 | Tushy | 02/01/2026 | 02/04/2026 | PA0002565320 |
| 11 | B00CE22017BB66493757CDB9CEA1A320CD73AE1D | 02/07/2026 21:49:13 | TushyRaw | 02/01/2026 | 02/04/2026 | PA0002565323 |
| 12 | 356C24F0F07EE62611EE0989584BAC64CA54A514 | 02/07/2026 21:49:10 | Vixen | 02/01/2026 | 02/04/2026 | PA0002565328 |
| 13 | F977D3CB94B685E136F43D7F755446C12A496071 | 02/07/2026 21:46:09 | Blacked | 02/02/2026 | 02/04/2026 | PA0002565322 |
| 14 | 8E012AF72D68249ADF2147E2700C699F4559673C | 01/31/2026 22:28:35 | Blacked | 01/28/2026 | 02/04/2026 | PA0002565329 |
| 15 | 0554891114C4A39434DE4825819BDADC946B2505 | 01/31/2026 22:03:38 | Tushy | 01/25/2026 | 01/28/2026 | PA0002563702 |
| 16 | 9CDA0E7BDBD38F98D39833572E9B2C7F14E3579D | 01/24/2026 21:58:16 | Vixen | 01/17/2026 | 01/26/2026 | PA0002563050 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 575E578CE18A4C8705FCDA631BC0A2E4612789C0 | 01/24/2026 21:57:08 | Blacked | 01/18/2026 | 01/26/2026 | PA0002563059 |
| 18 | 6415882953608b537eacaab7f1152a9aaf3e8f59 | 01/24/2026 21:57:03 | Blacked | 01/23/2026 | 01/28/2026 | PA0002563704 |
| 19 | B12556C280FFE9A0A3725A821F925BA71FCB80EE | 01/10/2026 22:02:57 | Blacked | 01/03/2026 | 01/07/2026 | PA0002559439 |
| 20 | F6140DB9B43651B470B8C9FDFAF5807E4EF1CC45 | 01/10/2026 22:02:22 | Blacked | 12/29/2025 | 01/02/2026 | PA0002558878 |
| 21 | A68C526FD06E1E9886598368E73C0C8A57F07E1F | 01/10/2026 22:02:07 | Vixen | 01/02/2026 | 01/07/2026 | PA0002559445 |
| 22 | 45A79565DF0F60DA4EDEDC2E69A099EF70F4962E | 01/10/2026 22:01:15 | Vixen | 12/28/2025 | 01/02/2026 | PA0002558881 |
| 23 | 78CC249F88516C927ED07EBAF7C833419B1B23C7 | 01/10/2026 22:00:53 | Tushy | 01/04/2026 | 01/07/2026 | PA0002559438 |
| 24 | 8602136351C541A198FE75D5D04264F47FBCB1A8 | 01/10/2026 21:59:15 | Blacked Raw | 01/06/2026 | 01/26/2026 | PA0002563060 |
| 25 | B62717C7ACE9D7DB518E8DAA813F29916688339D | 01/10/2026 21:52:47 | Vixen | 12/23/2025 | 01/02/2026 | PA0002558850 |